<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7349

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HILTON THOMAS, a/k/a Dinkles,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (CR-97-355-WMN)

Submitted:  January 30, 2004          Decided:  February 27, 2004

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hilton Thomas, Appellant Pro Se.  Jamie M. Bennett, Robert Reeves Harding, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hilton Thomas appeals the district court's order denying his Fed. R. Civ. P. 33 motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Hilton, No. CR-97-355-WMN (D. Md. July 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED